[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-13598

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 11, 2011
JOHN LEY
CLERK

D. C. Docket No. 6:10-cv-00081-GAP
BKCY No. 6:08-bk-07885-AAB

In Re: MICHAEL LESHAWN BANKS.

                                                    Debtor.

_____

PATINA, INC.,

                                                    Plaintiff-Appellant,

                            versus

MICHAEL LESHAWN BANKS,

                                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 11, 2011)

Before MARTIN, FAY and BLACK, Circuit Judges.

PER CURIAM:

Appellant obtained a judgment against the appellee/debtor in Alabama. The appellee/debtor filed for bankruptcy in Florida and obtained relief from the judgment. The district court affirmed the rulings of the bankruptcy court. After carefully reviewing the issues on appeal, studying the briefs and the record, and having the benefit of oral argument, we affirm.

AFFIRMED.